CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
MAR 24 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| LONNIE OGLESBEE, <br>     Plaintiff, | Civil Action No. 7:10-cv-00322 |
| v. | **ORDER** |
| WARDEN TERRY O'BRIEN, <u>et al.</u>, <br>     Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for recusal is **DENIED**; the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted and for failing to follow a court order, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1) and Rule 41(b), Fed. R. Civ. P.; all remaining motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of March, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge